# IN THE SUPREME COURT OF THE STATE OF NEVADA

RLP-BARROW DOWNS, LLC, A NEVADA 9 SERIES LIMITED LIABILITY COMPANY OF THE CONTAINER RED LIZARD PRODUCTIONS 10 LLC UNDER NRS 86.296,
Appellant,
vs.
CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC., A DELAWARE CORPORATION; U.S. BANK TRUST, N.A., A NATIONAL ASSOCIATION; AND WELLS FARGO DELAWARE TRUST COMPANY, N.A., AS TRUSTEE FOR VERICREST OPPORTUNITY TRUST 2011-NPL1,
Respondents.

No. 78165



FILED

MAR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on February 22, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-12788

cc: Hon. Timothy C. Williams, District Judge
Mortenson & Rafie, LLP
Fidelity National Law Group/Phoenix
Wright, Finlay & Zak, LLP/Las Vegas
Fidelity National Law Group/Las Vegas
Eighth District Court Clerk